IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SELENA CAPERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:14CV00692 SWW |
| | * | |
| NATIONAL RAILROAD PASSENGER | * | |
| CORPORATION a/k/a AMTRAK, a | * | |
| Congressionally Incorporated Corporation, | * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on this date, plaintiff's complaint is dismissed with prejudice. The relief sought is denied.

DATED this 29th day of December, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE