IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SELENA CAPERS, | * |
| Plaintiff, | * |
| vs. | *   No. 4:14CV00692 SWW |
| NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, a Congressionally Incorporated Corporation, | * |
| Defendant. | * |

## Amended Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on May 11, 2015, and the Opinion and Order entered on this date, plaintiff's complaint is dismissed with prejudice. The relief sought is denied.

DATED this 29th day of December, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE